RONALD BEEK v. OHIO CASUALTY INSURANCE CO.

July 6, 1976. Petition for certification granted. (See 135 *N. J. Super.* 1)

STATE OF NEW JERSEY IN THE INTEREST OF J. F.

July 14, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MARK BUTCHER.

July 22, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. VIDAL PRINCE.

June 1, 1976. Motion for leave to appeal is granted; the appeal is reinstated, and the Appellate Division is directed to hear the matter on the merits.

STATE OF NEW JERSEY v. FREDERICK STAPLETON.

June 1, 1976. Motion for leave to appeal is granted; and the matter is remanded to the Appellate Division.